MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted April 19, 1954; decided April 22, 1954.

Motion for reargument denied, with $10 costs. [See 294 N. Y. 818.]